# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED AUG 1 2 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**08 C 50171**

**(a) PLAINTIFFS**
Sandeep Singh

**DEFENDANTS**
Michael Chertoff, in his official capacity as Secretary of the Department of Homeland Security, et al.

**(b) County of Residence of First Listed Plaintiff:** McHenry County, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Terry Yale Feiertag, Kalman D. Resnick / Hughes Socol Piers Resnick & Dym, Ltd., 70 W. Madison Street, Suite 4000, Chicago, IL 60602. 312-604-2724

**Attorneys (If Known)**
U.S. Attorney's Office, Northern District of Illinois, 219 S. Dearborn St., 5th floor, Chicago, IL 60604. 312-353-5300

**II. BASIS OF JURISDICTION:** [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES:** (For Diversity Cases Only) — no boxes checked

**IV. NATURE OF SUIT:** [X] 890 Other Statutory Actions

**V. ORIGIN:** [X] 1 Original Proceeding

**VI. CAUSE OF ACTION:**
28 U.S.C. §1361; 28 U.S.C. §2201; 5 U.S.C. §§702 and 706. Complaint for Mandatory and Declaratory Relief

**VII. PREVIOUS BANKRUPTCY MATTERS:** (none)

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

**DATE:** 08/12/2008
**SIGNATURE OF ATTORNEY OF RECORD:** /s/ Terry Yale Feiertag