## *United States District Court for the Northern District of Illinois*

Case Number: _08 C 50171_        Assigned/IssuedBy: _____

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00    ☐ $39.00    ☐ $5.00

           ☐ IFP       ☑ No Fee     ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____      Receipt #: _____

Date Paid: _____      Fiscal Clerk: _____

---

### ISSUANCES

**Type Of Issuance:**   ☑ Summons      ☐ Alias Summons

           ☐ Third Party Summons      ☐ Lis Pendens

           ☐ Non Wage Garnishment Summons

           ☐ Wage-Deduction Garnishment Summons

           ☐ Citation to Discover Assets

           ☐ Writ _____

                  *(Type of Writ)*

Original and _2_ copies on _8/28/08_ as to _Michael Chertoff,_
                        *(Date)*

_Jonathan Scharfen, Donald Ferguson, Julie Myers, Glenn Triveline,_
_Keith Nygen, Daniel Sedlock, Dept. of Homeland Security,_
_U.S. Citizenship & Immigration Services, U.S. Immigration &_
_Customs Enforcement, FBI, Patrick Fitzgerald - U.S. Attorney,_

C:\wpwin80\docket\fecinfo.frm   01/01   _Michael Mukasey, - Attorney General of the U.S._