# United States District Court for the Northern District of Illinois

Case Number: **08 C 50171**　　　　Assigned/Issued By: _[signature]_

## FEE INFORMATION

**Amount Due:** ☐ $350.00　　☐ $39.00　　☐ $5.00

☐ IFP　　☑ No Fee　　☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　　Receipt #: _____

Date Paid: _____　　　　Fiscal Clerk: _____

**FILED**
**SEP - 2 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## ISSUANCES

**Type Of Issuance:**

☑ Summons　　　　☐ Alias Summons

☐ Third Party Summons　　☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____
　　　(Type of Writ)

**1** Original and **2** copies on **9/2/08** as to _____
　　　　　　　　　　　　　　　　(Date)

**Robert Mueller, Director of FBI**

C:\wpwin80\docket\feeinfo.frm　01/01